December 30, 1964

New York Central Railroad Company, Appellant, *v.* Pennsylvania Public Utility Commission.

Argued December 14, 1964. *William E. Nichols,* with him *Furst, McCormick, Muir, Lynn & Reeder,* for appellant; *Robert M. Harris,* Assistant Counsel, with him *Joseph C. Bruno,* Chief Counsel, for Pennsylvania Public Utility Commission, appellee; *Joel E. Mazor,* Assistant Attorney General, with him *John R. Rezzolla,* Deputy Attorney General, and *Walter E. Alessandroni,* Attorney General, for Department of Highways, intervening appellee.

PER CURIAM: The six judges who heard the argument of this appeal being equally divided in opinion, the order of the Commission is affirmed.